**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.   26-10010-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA,**

**v.**

**MAYNOR ELIASAR PEREZ-MORALES,**

   **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE came before the Court on United States Magistrate Judge Lurana S. Snow Report and Recommendation on Change of Plea, issued April 27, 2026 [ECF No. 14].

On April 24, 2026, Magistrate Judge Snow held a Change of Plea hearing during which Defendant pled guilty to Count One of the Indictment [ECF No. 6].  Magistrate Judge Snow thereafter issued this Report and Recommendation.

No party has filed objections to Magistrate Judge Snow's Report and Recommendation, and the time to do so has passed.

The Court has conducted a review of the record and finds no error in the Report and Recommendation. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 14] is **AFFIRMED AND ADOPTED.**

2. The guilty plea entered into by Defendant Lopez as to Count One of the Indictment is **ACCEPTED.**

CASE NO. 26-10007-CR-LEIBOWITZ

3. Defendant Lopez is adjudicated guilty of Count One of the Indictment, which charges Defendant with Illegal Reentry After Removal in violation of 8 U.S.C. § 1326.

**DONE AND ORDERED** in the Southern District of Florida on May 19, 2026.

_____

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record
      Magistrate Judge Lurana S. Snow

2